IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JESSICA ORTIZ,**

    Plaintiff,

v.                                                                **No: 1:18-cv-00636-RB-KK**

**THE HARTFORD,**

    Defendant.

## FINAL ORDER

Having granted Defendant's Motion for Summary Judgment (Doc. 19), filed March 15, 2019, by Memorandum Opinion and Order entered contemporaneously with this Final Order,

**IT IS ORDERED** that:

The Court enters summary judgment in favor of Defendant as to the ERISA claim, dismissing the case with prejudice.

_____
**ROBERT C. BRACK**
**SENIOR U.S. DISTRICT JUDGE**